# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:07-cr-129-Orl-31DAB

**ADAM M. CADY**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **GOVERNMENT'S MOTION FOR RECONSIDERATION (Doc. No. 26)**
>
> **FILED:**   October 17, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

In view of counsel's otherwise consistent history of professional conduct before this Court, the Court agrees that reconsideration is appropriate. The public reprimand contained in the Court's prior Order (Doc. No. 22) is hereby **VACATED**. Any further handling of this matter will be dehors the record.

**DONE** and **ORDERED** in Orlando, Florida on this 7th day of November, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant